UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DEUTSCHE FINANCE AMERICA LLC and
DF TPC JvCo LLC,


                              Petitioners
                - v -                                          **RULE 7.1 STATEMENT**

BAYVK  IMMOBILIEN-DACHFONDS  1 SCS
SICAV-SIF SUBFONDS ELEKTRA 2 and 711
INVESTMENT S.C.S.,

                                                              1:26-cv-03686
                                                        _____
                              Respondents
                                                                Case Number
       _____


Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Petitioner Deutsche

Finance America LLC (a private non-governmental party or intervenor) certifies the following:


**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly

held corporation owning 10% or more of the stock of any non-governmental corporate

party  or  intervenor.  If there are no such corporations, the form shall so state.


       There are no publicly held corporations owning 10% or more of the stock of Petitioner

Deutsche Finance America LLC.

       The direct parent corporation of Petitioner Deutsche Finance America LLC is Deutsche

Finance US Ventures LLC, which is a wholly-owned subsidiary of DF Deutsche Finance

Holding AG, which in turn is a wholly-owned subsidiary of DF Deutsche Finance Partners

GmbH.

       Petitioner Deutsche Finance America LLC is the parent company of DFA 711 GP LLC.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Date: May 4, 2026

_/s/ Derek L. Shaffer_
Signature of Attorney

5901848
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

2

RESET    PRINT    SAVE