UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE FINANCE AMERICA LLC and DF
TPC JvCo LLC,

                              Petitioners,

            -against-

BAYVK IMMOBILIEN-DACHFONDS 1 SCS
SICAV-SIF SUBFONDS ELEKTRA 2 and
711 INVESTMENT S.C.S.,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2026_

26 Civ. 3686 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 4, 2026, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **June 11, 2026**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **June 25, 2026**, Respondents shall file their opposition; and

3. Petitioners' reply, if any, is due by **July 2, 2026**.

IT IS FURTHER ORDERED that by **May 26, 2026**, Petitioners shall serve a copy of the petition and this order upon Respondents by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **June 9, 2026**, Petitioners shall file an affidavit of such service.

SO ORDERED.

Dated: May 11, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge