USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2026

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

DEUTSCHE FINANCE AMERICA LLC and DF TPC JvCo LLC,

Petitioners,

v.

BAYVK IMMOBILIEN-DACHFONDS 1 SCS SICAV-SIF SUBFONDS ELEKTRA 2 and 711 INVESTMENT S.C.S.

Respondents.

26 Civ. 3686 (AT)

**STIPULATION AND PROPOSED ORDER**

WHEREAS, Petitioners Deutsche Finance America LLC ("DFA") and DF TPC JvCo LLC (together, "Petitioners") and Respondent BAYVK IMMOBILIEN-DACHFONDS 1 SCS SICAV-SIF SUBFONDS ELEKTRA 2 ("Elektra 2," and, together with Respondent 711 Investment S.C.S. (in liquidation), "Respondents") are parties to a binding Term Sheet dated September 11, 2024 (the "Term Sheet");

WHEREAS, the Term Sheet addresses various issues with respect to certain U.S. real estate assets, including 600 Montgomery Street in San Francisco, California (the "Transamerica Pyramid"), in which Elektra 2 was formerly an indirect, majority investor;

WHEREAS, the sale of the Transamerica Pyramid closed on March 27, 2026;

WHEREAS, the proceeds from that sale (the "Proceeds") are currently in the possession of BHSD Pyramid JVCo LLC (the "JV Property Owner"), a non-party to this Action, which was formerly the indirect owner of the Transamerica Pyramid;

WHEREAS, there is a dispute between Petitioners and Respondents respecting the proper allocation of the Proceeds as between them;

WHEREAS, on March 27, 2026, pursuant to the Term Sheet, Respondents filed a demand for arbitration with JAMS against Petitioners and other entities seeking, among other things,

emergency relief pursuant to JAMS Rule 2(c) (as set out in an accompanying Notice of Request for Emergency Relief) restraining and enjoining Petitioners from taking any action to distribute or seeking to cause the distribution of the Proceeds pending an adjudication of the parties' disputed claim to the Proceeds;

WHEREAS, on March 31, 2026, DFA responded to Respondents' Notice of Request for Emergency Relief, noting that it did not oppose Respondents' requested emergency relief, provided that the requested relief extended to Respondents as well (to which Respondents agreed);

WHEREAS, on April 13, 2026, an Emergency Arbitrator granted Respondents' Request for Emergency Relief (which was submitted with the concurrence of all the parties to the arbitration) and issued Procedural Order No. 1 (the "Emergency Award," ECF No. 5-1);

WHEREAS, on May 4, 2026, Petitioners filed this Petition seeking to confirm the Emergency Award; and

WHEREAS, Respondents do not oppose Petitioners' request to confirm the Emergency Award.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1. Pursuant to 9 U.S.C. § 207, the Emergency Award is confirmed.

2. The Court shall retain jurisdiction over the interpretation and implementation of this Stipulation for one year from the entry of its order approving this Stipulation.

Dated: June 16, 2026

*/s/ Derek Shaffer*

Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8123
derekshaffer@quinnemanuel.com

*Attorneys for Petitioners Deutsche Finance America LLC and DF TPC JvCo LLC*

*/s/ John Gueli*

Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 848-4000
jgueli@aoshearman.com

*Attorneys for Respondents BAYVK IMMOBILIEN-DACHFONDS 1 SCS SICAV-SIF SUBFONDS ELEKTRA 2 and 711 Investment S.C.S. (in liquidation)*

SO ORDERED.

Dated: June 18, 2026
New York, New York

ANALISA TORRES
United States District Judge