**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DEUTSCHE FINANCE AMERICA LLC and DF
TPC JvCo LLC,

                       Petitioners,                       26 **CIVIL** 3686 (AT)

     -v-                                           **JUDGMENT**

BAYVK IMMOBILIEN-DACHFONDS 1 SCS
SICAV-SIF SUBFONDS ELEKTRA 2 and 711
INVESTMENT S.C.S.

                       Respondents.
-----------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 18, 2026, pursuant to 9 U.S.C. § 207, the

Emergency Award is confirmed. The Court shall retain jurisdiction over the interpretation and

implementation of the Stipulation for one year from the entry of its order approving the

Stipulation.

**Dated:**  New York, New York

     June 22, 2026


                                   **TAMMI M. HELLWIG**

                                 _____
                                   **Clerk of Court**

                  **BY:**              *K. mango*

                                   _____
                                   **Deputy Clerk**